UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LONG, <br><br> Plaintiff, <br><br> vs. <br><br> J. PRUETT, et al., <br><br> Defendants. | Case No. CV 07-117-DDP (OP) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Defendants Haws', Brown's, Lewis', and Scribner's Motion for Judgment on the Pleadings for failure to exhaust administrative remedies and dismissing the action as to those Defendants without prejudice; (3) dismissing without prejudice claims four and five for failure to exhaust administrative remedies; and (4) ordering Defendant Pruett to file a Motion for Summary Judgment as to claims one, two and three, if deemed appropriate, within thirty days from the entry of the Order adopting this Report and Recommendation.

DATED: April 9, 2010

HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge