O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LONG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J. PRUETT, et al.,<br><br>　　　　　Defendants. | Case No. CV 07-117-DDP (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that the Judgment be entered (1) approving and adopting
2  this Report and Recommendation; (2) granting Defendant Cate's Motion to Dismiss
3  for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil
4  Procedure; and (3) directing the action be dismissed with prejudice as to Defendant
5  Cate only.

7  DATED: 9-21-11

   *(signature)*
   HONORABLE DEAN D. PREGERSON
   United States District Judge

9  Prepared by:

   *(signature)*
12 HONORABLE OSWALD PARADA
   United States Magistrate Judge