# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LONG,<br><br>  Plaintiff,<br><br>vs.<br><br>J. PRUETT, et al.,<br><br>  Defendants. | Case No. CV 07-117-DDP (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1   IT IS ORDERED that the Judgment be entered (1) approving and adopting
2   this Report and Recommendation; (2) granting Defendant Cate's Motion to Dismiss
3   for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil
4   Procedure; and (3) directing the action be dismissed with prejudice as to Defendant
5   Cate only.

7   DATED: 9-21-11

　　　　　　　　　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge